

DANIEL ZEMEL, ESQ. (NY, NJ)
660 BROADWAY
PATERSON, NEW JERSEY 07514
PHONE: (862) 227-3106
FAX: (973) 282-8603
DZ@ZEMELLAWLLC.COM

October 2, 2024

**VIA ECF:**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      **RE:   Rothman v. Equifax Information Services, LLC., et al,**
             **Case No. 7:24-cv-01080-KMK (S.D.N.Y.)**
             **Adjournment Request**

Honorable Court:

      My office represents Plaintiff Rothman in the above-referenced case. I write to request an adjournment of the conference currently scheduled for October 4, 2024. I will be observing Rosh Hashanah and will be unable to attend an initial scheduling conference on Friday. Given that there are a number of Jewish holiday observances over the next few weeks, I respectfully request that the conference be adjourned to November 8th, or later, based on the Court's availability.

      I have conferred with the Defendants, and all parties consent to the adjournment.

      Thank you for your attention to this matter.

Granted.

The conference is adjourned to
11/ 19 /24, at 11:15

So Ordered.
10/2/24

Respectfully submitted,

/s/*Daniel Zemel*
Daniel Zemel, Esq.
Zemel Law LLC
660 Broadway
Paterson, New Jersey 07514
T: (862) 227-3106
DZ@zemellawllc.com

1