# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4225

Chambers of
**Hon. Victoria Reznik**
United States Magistrate Judge

January 3, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Rothman**,      *PLAINTIFF* <br><br> -V- <br><br> **Equifax Information Services LTD, et al.,** <br><br>      *DEFENDANT* | ***RESCHEDULING ORDER*** <br> ***DATE CHANGE*** <br><br> ***7:24 cv 1080 KMK-VR*** |

    The status conference previously scheduled for **Thursday, January 9, 2025, at 10:30 am** before the Hon. Victoria Reznik, U.S.M.J., is **rescheduled** to **Tuesday, January 14, 2025, at 10:30 am.** The dial-in information will be the same.

**NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY!**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **January 3, 2025**

SO ORDERED.

_____
Hon. Victoria Reznik, U.S.M.J.

1/3/25