**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Yosef Rothman,

                              Plaintiff,

        -against-

Equifax Information Services, LLC, et al.,
                              Defendants.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 3/31/2025 _

24-cv-1080

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

        On February 25, 2025, the Court directed the parties to submit a joint

status letter to the Court by no later than March 28, 2025. (ECF No. 38). The

Court has not yet received any such letter. The parties are reminded to submit a

status letter, which is now due by **April 4, 2025**.

        **SO ORDERED.**

DATED:    White Plains, New York
              March 31, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge

1