UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

Yosef Rothman,

Plaintiff,

24-CV-01080 (KMK)

-v-

CALENDAR NOTICE

Experian Information Solutions, Inc.,
and TransUnion, LLC,

Defendant(s).
----------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status conference before the Honorable Kenneth M. Karas, United States District Judge, on Friday, October 2, 2026 at 10:00 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160 Access Code: 4653066

Dated: September 1, 2026
White Plains, New York

So Ordered

_______________________________
Kenneth M. Karas, U.S.D.J.